No. 754. WISCONSIN ET AL. *v.* FEDERAL POWER COMMISSION;

No. 755. CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION; and

No. 756. LONG ISLAND LIGHTING CO. ET AL. *v.* FEDERAL POWER COMMISSION. On petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of Phillips Petroleum Company to correct and amend titles and captions is granted. *Charles E. McGee, Lambert McAllister* and *Kenneth Heady* for movant.

No. 1273, Misc. IN RE DISBARMENT OF CHOPAK. It is ordered that Jules Chopak of New York, New York, be suspended from the practice of the law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of the law in this Court.

No. 985, Misc. RILEY *v.* OHIO ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 1029, Misc. WILLIAMS *v.* HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 989, Misc. BENNETT *v.* SUPREME COURT OF ILLINOIS. Motion for leave to file petition for writ of mandamus denied.

No. 771. PEARLMAN, TRUSTEE IN BANKRUPTCY, *v.* RELIANCE INSURANCE CO. C. A. 2d Cir. Certiorari granted. *Lowell Grosse* for petitioner. *Mark N. Turner* for respondent.